HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CARLOS SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS SANCHEZ, <br><br> Defendant. | Case No.  2:16-cr-049 WBS <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:  June 13, 2016 <br> Time:  9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Carlos Sanchez that the status conference scheduled for June 13, 2016 be vacated and continued to June 20, 2016 at 9:00 a.m.

The Government has produced pages of documents and made electronic devices and other physical evidence available for review.  Defense counsel for Mr. Sanchez requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as June 10, 2016, the date of the parties' stipulation, through and including June 20, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to

1 prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

DATED: June 10, 2016          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for CARLOS SANCHEZ

DATED: June 10, 2016          PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from June 10, 2016, the date of the parties stipulation, up to and including June 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the June 13, 2016 status conference shall be continued until June 20, 2016, at 9:00 a.m.

Dated: June 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE