HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CARLOS SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:16-cr-049 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL |
| ) | ACT |
| CARLOS SANCHEZ, ) | |
| ) | Date:  July 11, 2016 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |

        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney,

through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams,

Federal Defender, through Assistant Federal Defender Michael Petrik, Jr., attorney for Carlos

Sanchez that the status conference scheduled for July 11, 2016 be vacated and continued to

August 15, 2016 at 9:00 a.m.

        Defense counsel requires additional time to review the discovery, to conduct additional

investigation and legal research, and to confer with his client about how to proceed in this case.

        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from the date of the parties' stipulation, through and including August 15, 2016;

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to

prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

///

1     DATED: July 7, 2016                 Respectfully submitted,

2                                         HEATHER E. WILLIAMS
                                          Federal Defender
3

4                                         /s/ M.Petrik_____
                                          MICHAEL PETRIK, Jr.
5                                         Assistant Federal Defender

6

7     DATED: July 7, 2016                 PHILLIP A. TALBERT
                                          Acting United States Attorney
8

9                                         /s/ Jason Hitt_____
                                          JASON HITT
10                                        Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## __ORDER__

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from the date of the parties stipulation, up to and including August 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the July 11, 2016 status conference shall be continued until August 15, 2016, at 9:00 a.m.

Dated:  July 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE