HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
CARLOS SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  16-49 WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 21, 2016 |
| v. | ) ) | |
| CARLOS SANCHEZ, | ) ) | Date:   October 24, 2016 Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. William B. Shubb |

THE PARTIES STIPULATE AND REQUEST, by and between Phillip A. Talbert, Acting U.S. Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Michael Petrik, Jr., Assistant Federal Defender, attorneys for Carlos Sanchez, that the Court continue the status conference scheduled for October 24, 2016, at 9:00 a.m., to November 21, 2016, at 9:00 a.m.

Defense counsel requires additional time to review discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed with negotiations with the government.

Based upon the foregoing, the parties agree the Court should exclude time under the Speedy Trial Act from the date of the parties' stipulation, through and including November 21, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A) & (B)(iv) [reasonable time for defense counsel to prepare], and Local Code T4 [defense counsel's preparation].

///

DATED: October 19, 2016                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


DATED: October 19, 2016                    PHILLIP A. TALBERT
Acting United States Attorney

/s/ Jason Hitt_____
JASON HITT
Assistant U.S. Attorney


**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation and proposed order in its entirety. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance, and that the reasons for the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders the status conference continued to November 21, 2016, at 9:00 a.m. The Court further orders the time from the date of the parties stipulation, up to and including November 21, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) & (B)(iv) [reasonable time for defense counsel to prepare], and Local Code T4 [defense counsel's preparation].

Dated: October 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE