PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-0049 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CARLOS SANCHEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 19, 2016.

2. By this stipulation, defendant now moves to continue the status conference until January 23, 2017 at 9:00 a.m., and to exclude time between December 19, 2016, and January 23, 2017 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case includes investigative reports, as well as audio and visual surveillance materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time conduct additional defense

investigation, legal research, and to confer with his client about how to proceed with negotiations with the United States.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2016 to January 23, 2017 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 16, 2016          PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ JASON HITT
                                       JASON HITT
                                       Assistant United States Attorney

Dated:  December 16, 2016          /s/ Michael Petrik, Esq.
                                       Michael Petrik, Esq.
                                       Counsel for Defendant
                                       Carlos Sanchez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE