# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>    v.<br><br>**CARLOS SANCHEZ,**<br><br>                Defendant. | Case No. 2:16-cr-0049 WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Carlos SANCHEZ, X-4157338
Detained at: Sacramento County Main Jail

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: Drug trafficking crimes.
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on February 27, 2017, at 2:00 p.m. before the Honorable William B. Shubb in the Eastern*

| | |
|---|---|
| Signature: | /s/Jason Hitt |
| Printed Name & Phone No: | Jason Hitt    916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on February 27, 2017, at 2:00 p.m. before the Honorable William B. Shubb**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 23, 2017

**WILLIAM B. SHUBB**
**UNITED STATES DISTRICT JUDGE**

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Carlos SANCHEZ | ☒Male | ☐Female |
| Booking or CDC #: | X-4157338 | DOB: | 6/16/1986 |
| Facility Address: | 651 I St, Sacramento, California 95814 | Race: | |
| Facility Phone: | (916) 874-6752 | FBI#: | |
| Currently | 4W103B | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                                                                       (signature)