UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>**CARLOS SANCHEZ**,<br><br>        Defendant. | No. 2:16-cr-49 WBS<br><br><br><br>ORDER |

----oo0oo----

Defendant Carlos Sanchez has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1).  (Docket No. 84.)  The United States shall file any opposition to defendant's motion no later than twenty-one (21) days from the date of this order.  Defendant may file a reply no later than fourteen (14) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: March 4, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1