UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CARLOS SANCHEZ,<br><br>Movant. | No. 2:16-CR-0049-WBS-SCR-1<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On the same date that he filed his Section 2255 motion, movant also filed a motion for a court order directing his appellate counsel to return his files and records. ECF No. 80. Both of these pending matters were assigned to the undersigned on January 16, 2025. ECF No. 94.

Although movant's pending § 2255 motion raises ineffective assistance of trial counsel claims, his motion for a copy of his file does not indicate whether he specifically asked his appellate counsel to send the file to him, or whether any such request was denied. A review of the docket also indicates that movant's § 2255 motion has been fully briefed. ECF Nos. 90, 91. Movant's reply brief does not indicate any further need for his client file to be able to fully contest respondent's opposition. ECF No. 91. Therefore, it is not clear to the court that movant needs court intervention at this stage of the proceedings. For lack of good cause shown, the court will deny movant's request to obtain a copy of his file from his former appellate counsel. The

1  motion is denied without prejudice to refiling if movant has not yet obtained a copy of his file.

2  Accordingly, IT IS HEREBY ORDERED that movant's motion for an order directing his
3  counsel to return his file (ECF No. 80) is denied without prejudice to re-filing.

4  DATED: January 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE