UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>    v.<br><br>CARLOS SANCHEZ,<br><br>        Movant. | No. 2:16-cr-0049-1 WBS SCR<br><br>ORDER |

      Movant, a former federal prisoner proceeding pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 7, 2025, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 96. Movant has not filed objections to the findings and recommendations.

      Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

1    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations (ECF No. 96) are adopted in full;

   2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 79) is DENIED; and

   3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  December 19, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Sanc0049.802.vac

2